GEORGE S. CANELLOS
REGIONAL DIRECTOR
Andrew M. Calamari
Alistaire Bambach
Neal Jacobson
Todd D. Brody
Michael J. Osnato, Jr.
Preethi Krishnamurthy
Karen Willenken
Attorneys for Plaintiff

SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Suite 400
New York, New York 10281-1022
(212) 336-1100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

     *Plaintiff,*

    v.

JOHN A. MATTERA, ET AL.,

     *Defendants,*

  - AND -

ANN A. MATTERA, et al.,

     *Relief Defendants.*

: : : : : : : : : : : : : : : : : :

11 CIV. 8323 (PKC)
ECF CASE

---

**SUPPLEMENTAL DECLARATION OF KAREN WILLENKEN IN SUPPORT OF
PLAINTIFF'S EMERGENCY APPLICATION
FOR AN ORDER TO SHOW CAUSE WHY DEFENDANT
JOHN A. MATTERA AND RELIEF DEFENDANT ANN A. MATTERA
SHOULD NOT BE HELD IN CONTEMPT OF COURT**

1.    I am a member of the bar of the State of New York and of the bar of this Court. I am employed as a Senior Counsel in the Enforcement Division in the New York Regional Office of the Securities and Exchange Commission (the "SEC").

2.    I submit this Declaration pursuant in support of the SEC's emergency application (the "Application") for an Order to Show Cause Why Defendant John A. Mattera ("Mattera") and Relief Defendant Ann A. Mattera ("Mrs. Mattera") should not be held in contempt of court for their violations of this Court's orders of November 17, 2011, November 29, 2011 and December 1, 2011.

3.    I base this declaration on personal knowledge, my review of pertinent documents obtained by the SEC staff in the course of its investigation and the pending litigation, and on the attached Affidavit of Non-Service of Roberto DeLemos, a licensed Florida process server.

4.    According to the Affidavit of Non-Service of Roberto DeLemos, attached as Exhibit A, on February 16, 2012, Mr. Lemos waited for several hours outside a house, located at 2890 N.E. 28th Street, Fort Lauderdale, FL, in an effort to serve Ann A. Mattera, a Relief Defendant in this action, with a Summons and Complaint. According to the affidavit, John Mattera drove up in a white BMW 650 convertible with temporary tag ARS 3309.

5.    On May 25, 2012, a colleague working with me on this litigation performed a search of records in the Lexis database, a subscriber database that compiles publicly-available business and property records, among other things. A record from this database, attached as Exhibit B, indicates that Mrs. Mattera registered a BMW 650I convertible, with license plate number ARS 3309, on January 31, 2012. The record indicates that the base price of this vehicle is approximately $90,500.

2

6.      Also on May 25, 2012, I reviewed records from additional public records searches that indicated Mrs. Mattera may have purchased or leased two additional vehicles since December 1, 2011.

7.      I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
May 25, 2012

_Karen Willenken_
Karen Willenken