## AFFIDAVIT OF NON-SERVICE

# UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 11-CV-8323

Date Filed: _____

Plaintiff:
**SECURITIES AND EXCHANGE COMMISSION,**

vs.

Defendant:
**JOHN A. MATTERA, ET AL.,**

For:
PREETHI KRISHNAMURTHY
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER-ROOM 400
NEW YORK, NY  10281-1022

Received by Professional Process Servers on the 30th day of January, 2012 at 9:00 am to be served on **ANN A. MATTERA, 2890 NE 28TH STREET, FORT LAUDERDALE, FL 33306**.

I, Roberto de Lemos, being duly sworn, depose and say that on the **16th day of February, 2012** at **12:00 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** for the reason that I failed to find **ANN A. MATTERA** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
SERVER WENT TO GIVEN ADDRESS ON 1/31/2012 AND WAS ADVISED THAT SUBJECT WAS NOT HOME. SERVER RETURNED 2/2/2012 AT 5:00 PM AND WAITED OUTSIDE HOUSE UNTIL 8:55 PM AT WHICH TIME A WHITE BMW 650 CONVERTIBLE WITH TEMP. TAG ARS 3309 PULLED UP. SERVER WAS ABLE TO CATCH UP TO HIM BEFORE HE ENTERED THE HOUSE. SUBJECT WAS JOHN MATTERA. HE STATED THAT ANN A. MATTERA WAS HIS MOTHER AND THAT SHE CURRENTLY LIVES IN LAKE TAHOE, CA.

Under penalty of perjury, I do hereby certify that I have read the foregoing Affidavit of Service and that the facts stated in it are true. I have no interest in the above action.  I am a Special Process Server in the county in which it was served in good standing.

Subscribed and Sworn to before me on the 16th day of February, 2012 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Roberto de Lemos**
1114

**Professional Process Servers & Investigators, Inc.**
**1749 N.E. 26th Street, Suite A**
**Wilton Manors, FL 33305**
**(954) 566-2523**
Our Job Serial Number: FIS-2012001378

C. NUNEZ
MY COMMISSION EXPIRES
May 4, 2014
#DD 984329
Bonded thru
Budget Notary Services
NOTARY PUBLIC STATE OF FLORIDA

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4w