**1 OF 1 RECORD(S)**

# Motor Vehicle Registrations
**This data is for informational purposes only.**

## Florida Motor Vehicle Registration
**Registrant Information**

**Name:** MATTERA, ANN ANTONIA
**Date of Birth:** ████1939
**Address:** 2925 SALERNO WAY
DELRAY BEACH, FL 33445-7149
PALM BEACH COUNTY

**Registration Information**

**Original Registration Date:** 01/31/2012
**Registration Date:** 01/31/2012
**Registration Expiration Date:** 02/29/2012

**Vehicle Information**

**VIN:** WBALZ3C56CDL70262
**Transmission:** F
**Vehicle Class:** PASSENGER CAR/LIGHT TRUCK
**Power Steering:** Standard
**Air Conditioning:** Standard
**Model Year:** 2012
**Roof:** Power sun/moon roof
**Front Wd:** No
**Make:** BMW
**Optional Roof:** Retractable roof panel
**4WD:** No
**Model:** 650I
**Fuel:** Gas
**Anti-Lock Brakes:** 4 wheel standard
**Series:** 650I
**Tilt Wheel:** Standard
**Power Brakes:** Standard
**Style:** Convertible
**Security System:** Passive Engine Immobilizer, Keyless Entry & Alarm
**Power Windows:** Standard
**Color:** White
**Radio:** AM/FM CD/MP3
**Daytime Running Lights:** Standard
**Engine Type:** 8
**Engine Size:** 268
**Base Price:** $90,500

**Plate Information**

**License Plate Number:** ARS3309
**Plate State:** Florida

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Government Agency
Your GLBA Permissible Use is: Legal Compliance