UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JOHN A. MATTERA, BRADFORD VAN SICLEN,
THE PRAETORIAN GLOBAL FUND, LTD.,
PRAETORIAN G POWER I, LLC,
PRAETORIAN G POWER II, LLC,
PRAETORIAN G POWER IV, LLC,
PRAETORIAN G POWER V, LLC,
PRAETORIAN G POWER VI, LLC,
DAVID E. HOWARD II, JOHN R. ARNOLD,
FIRST AMERICAN SERVICE TRANSMITTALS, INC.,
JOSEPH ALMAZON,
and SPARTAN CAPITAL PARTNERS,

*Defendants,*

- AND -

ANN A. MATTERA, LAN T. PHAN a/k/a LAN PHAN
MATTERA, and EXECUTIVE SOURCE HOLDING,
LLC,

*Relief Defendants.*

11 Civ 8323 (PKC)

ECF Case

---

**PLAINTIFF'S STATEMENT OF DAMAGES IN SUPPORT OF
PLAINTIFF'S APPLICATION FOR A DEFAULT JUDGMENT AGAINST
RELIEF DEFENDANT ANN A. MATTERA**

Karen E. Willenken
Neal R. Jacobson
Securities and Exchange Commission
New York Regional Office
3 World Financial Center
New York, NY 10281
(212) 336-1100
*Attorneys for Securities
and Exchange Commission*

April 8, 2013

**Disgorgement**

Net amount transferred to Ann Mattera's E*Trade Account ......................................... $ 2,190,000

Amount remaining in Ann Mattera's E*Trade Account ............................................. $560,720.52.

**Total Relief Requested** ............................................................................................. $560,720.52*

\*       Payable upon final order of forfeiture or release of funds seized from the E*Trade Account, and offset by any funds forfeited

## CERTIFICATE OF SERVICE

I hereby certify that, on April 8, 2013, I caused true copies of the foregoing document to be served by electronic mail upon the following persons and entities:

    a. Lan T. Phan, through her counsel – through her counsel, David R. Chase, david@davidchaselaw.com;

    b. Bradford Van Siclen, bradfordvansiclen@gmail.com;

    c. David E. Howard II, david.e.howard@hotmail.com;

    d. John R. Arnold, johnnybfast@gmail.com;

    e. First American Service Transmittals – through its principal officer, John R. Arnold, johnnybfast@gmail.com;

    f. Joseph Almazon, trade.scp@gmail.com;

    g. Spartan Capital Partners – through its manager, Joseph Almazon;

    h. Praetorian G Power I, II, IV, V and VI – through their Managing Member, Bradford Van Siclen, bradfordvansiclen@gmail.com; and

    i. The Praetorian Global Fund, Ltd. - through its Managing Director, Bradford Van Siclen, bradfordvansiclen@gmail.com.

I further hereby certify that, on April 8, 2013, I caused true copies of the foregoing document to be served by overnight delivery upon the following persons at their last known addresses:

    John Andrew Mattera
    Inmate #97650-004
    Brooklyn MDC
    Attn: Warehouse
    80 29th Street
    Brooklyn, NY 11232-1503

I further hereby certify that, on April 8, 2013, I caused true copies of the foregoing document to be served upon Ann A. Mattera by the following means:

    a. By electronic mail to anamia2@bellsouth.net; and

    b. By certified mail at Post Office Box 861, Boca Raton, FL 33429-0861

*Karen Willenken*
Karen E. Willenken

Dated: April 8, 2013