**MEMO ENDORSED**

Honorable P. Kevin Castel
Danial Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Via facsimile and US Mail

Re: Ann Mattera   Judgment and correct value of E*TRADE account Balance of US$560,720.52 in question.

Dear Judge Castel,

I am receipt of your judgment dated May 10th, 2013 whereas my liability to the US Government is the Dec 21, 2011 liquidated values of values E*TRADE account totaling,720.52

My E*TRADE account number REDACTED was frozen subject to your Nov 17th, 2011 ASSET FREEZE ORDER.

To date, I have no knowledge or have been served with any documentation, or additional court order(s) authorizing the liquidation and sale of the securities housed in my E*TRADE account on Dec 21st, 2011 (per warrant #13 MAG 3011 E*TRADE check - Exhibit 14 in the SEC's Declaration). These were provided to your honor and myself dated April 8th, 2013 by Ms. Willenken's Declaration, nor am I aware of a receiver being appointed to liquidate the assets in my E*TRADE account.

Under what authority did the US Government liquidate and sell the assets of my E*TRADE account to yield US$560,720.52?

As of the date of your Asset Freeze Order, Nov 17th, 2011, the E*TRADE account value was US$845,101.95.

Present day value (Closing May 14th, 2013) of the E*TRADE account with the exact same security positions are US$1,591,877.97.

Please provide me with the appropriate documents authorizing the liquidation of my E*TRADE account in December of 2011, or please value the account using "the present day value" as the shares would still be in the account the date of your final judgment (April 10th, 2013) against me and would subsequently require liquidation for present day value.

Thank you,
Ann A. Mattera
*Ann A. Mattera*
P.O. Box 841
Boca Raton, FL. 33429

---

**Handwritten endorsement:**

SEC v. Mattera
Docket # 11 CV 8323

Letter will be treated as motion to reconsider and/or motion to vacate or modify the judgment (DE 129). As such, it is denied.
SO ORDERED
[signature]
USDJ
5-24-13

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-24-13