Cooter, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-13
```

SECURITIES AND EXCHANGE COMMISSION,

  *Plaintiff,*

v.

JOHN A. MATTERA, et al.,,

  *Defendants,*

- AND -

ANN A. MATTERA, et al.,

  *Relief Defendants.*

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)

11 Civ 8323 (PKC)

ECF Case

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Securities and Exchange Commission, and their counsel hereby give notice that the above captioned action is voluntarily dismissed against the following defendants:

  THE PRAETORIAN GLOBAL FUND, LTD.

  PRAETORIAN G POWER I, LLC

  PRAETORIAN G POWER II, LLC

  PRAETORIAN G POWER IV, LLC

  PRAETORIAN G POWER V, LLC

  PRAETORIAN G POWER VI, LLC

Dated: New York, New York
August 2, 2013

                        Respectfully submitted,

                        /s/ Karen E. Willenken
                        By:  Karen E. Willenken
                        Securities and Exchange Commission
                        New York Regional Office
                        3 World Financial Center, Suite 400
                        New York, New York  10281
                        Telephone: (212) 336-0140
                        Email: WillenkenK@sec.gov

**SO ORDERED:**

_[signature]_
U.S.D.J.
8-5-13