```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,
    Plaintiff,

v.

JOHN A. MATTERA, et al.,
    Defendants,

- AND -

ANN A. MATTERA, et al.,
    Relief Defendants.

11 Civ. 8323 (PKC)
ECF CASE

### DEFENDANT JOSEPH ALMAZON'S CERTIFICATE OF SERVICE

I Joseph Almazon, pro se Defendant, certify that on September 3, 2013, I caused to be served a copy of the below listed motion to Plaintiffs at the address and email address listed below;

1.    DEFENDANT JOSEPH ALMAZON MOTION FOR ADDITIONAL TIME TO FILE A RESPONSE TO THE SEC'S MOTION FOR DISGORGEMENT, CIVIL PENALTY AND EXTENSION OF ASSET FREEZE

Plaintiffs:   Securities and Exchange Commission
New York Regional Office
Preethi Krishnamurthy
Karen Willenken.
Michael Osnato
3 World Financial Center Room 400
New York, NY 10281
212.336.0116
WillenkenK@sec.gov

Respectfully submitted,

*[Handwritten: One day extension is granted. SO ORDERED [signature] USDJ 9-4-13]*

Joseph Almazon
27 Grape Lane
Hicksville, NY 11801
1.516.457.8468

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>          v.<br><br>JOHN A. MATTERA, et al.,<br>    Defendants,<br><br>- AND -<br><br>ANN A. MATTERA, et al.,<br>    Relief Defendants. | 11 Civ. 8323 (PKC)<br>ECF CASE |

### DEFENDANT JOSEPH ALMAZON REQUEST FOR ONE DAY EXTENSION

Comes Now the Pro Se Defendant, Joseph Alamazon, and requests a one day extension to file his response to the SEC's Motion for Disgorgement, Civil Penalty and Extension of Asset Freeze and states as follows:

1.   The Defendant is in need of additional time to file his response to the above noted Motion.

2.   The SEC stated in the attached email that it has no objection to a one day extension.

Respectfully submitted,


Joseph Almazon
27 Grape Lane
Hicksville, NY 11801
1.516.457.8468

Willenken, Karen E.4:51 PM (41 minutes ago)

to Neal, me

Mr. Almazon,

As we explained to you before we sought the last extension, scheduling is up to the Court and we cannot unilaterally extend the deadline for your response to our motion.

We will not seek a further extension on your behalf, but we will not object if you seek a one-day extension from the Court. If you seek a longer extension, we reserve the right to object.

Judge Castel's contact information and Rules of Practice can be found here:
http://www.nysd.uscourts.gov/judge/Castel.

Sincerely

Karen Willenken