UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

                -against-

JAHN A. MATTERS, ET AL.,
                Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2013

11 **CIVIL** 8323 (PKC)

**JUDGMENT**

      The Securities and Exchange Commission ("SEC") having moved for summary judgment against Mattera and Howard, and other relief, and the matter having come before the Honorable P. Kevin Castel, United States District Judge, and the Court, on December 6, 2013, having rendered its Memorandum and Order granting the SEC's motions for summary judgment with respect to the claims against Mattera and Howard for violations of Section 10(b) of the Exchange Act and Rule 10(b)-5 thereunder, and Sections 5 and 17(a) of the Securities Act, and denying with respect to the issue of civil monetary penalties against Howard, ordering Howard to disgorge $34,575, plus prejudgment interest therein, that prejudgment interest shall be paid at the IRS underpayment rate, and permanently enjoining Mattera from, directly or indirectly, participating in the issuance, offer, or sale of any security, provided, however, that such injunction shall not prevent him from purchasing or selling securities listed on a national securities exchange for his own personal account, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated December 6, 2013, the SEC's motions for summary judgment is granted with respect to the claims against Mattera and Howard for violations of Section 10(b) of the Exchange Act and Rule 10(b)-5 thereunder, and Sections 5 and 17(a) of the Securities

Act, and denied with respect to the issue of civil monetary penalties against Howard; Howard is ordered to disgorge $34,575, plus prejudgment interest therein; prejudgment interest shall be paid at the IRS underpayment rate; Mattera is permanently enjoined from, directly or indirectly, participating in the issuance, offer, or sale of any security, provided, however, that such injunction shall not prevent him from purchasing or selling securities listed on a national securities exchange for his own personal account

**Dated:** New York, New York
December 11, 2013

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____