**CERTIFICATE OF SERVICE**

I hereby certify that, on December 10, 2013, I caused true copies of the following documents concerning the assets of John R. Arnold:

1) Order to Show Cause on Motion for Turnover Order as to Funds in Accounts of Defendant - Judgment Debtor John R. Arnold, Individually and d/b/a First America Service Transmittals, Inc. and First American Reliable Escrow;
2) Declaration of John J. Graubard in Support of Request for Issuance of Order to Show Cause on Motion for Turnover Order as to Funds in Accounts of Defendant - Judgment Debtor John R. Arnold, Individually and d/b/a First America Service Transmittals, Inc. and First American Reliable Escrow (Local Civil Rule 6.1(e));
3) Memorandum of Law in Support of Motion for Turnover Order as to Funds in Accounts of Defendant - Judgment Debtor John R. Arnold Individually and d/b/a First American Services Transmittals, Inc., and First American Reliable Escrow, Inc.; and
4) Declaration of John J. Graubard in Support of Motion for Turnover Order as to Funds in Accounts of Defendant - Judgment Debtor John R. Arnold, Individually and d/b/a First America Service Transmittals, Inc. and as First American Reliable Escrow, Inc.;

(collectively, the "Arnold Papers") to be served by United Parcel Service overnight and by certified mail on the following persons at the mailing addresses listed below:

| Certified Mail Address | UPS Address |
| --- | --- |
| Branch Banking and Trust Company, Inc. d/b/a BBT Bank<br>Attn: Tenita Thomas<br>Deposit Compliance<br>P.O. Box 1489<br>Lumberton, NC 28359-1489<br>Tracking # 7012 1010 0000 2591 5851<br>Delivery status: Delivered December 16, 2013 at 9:41 AM | Branch Banking and Trust Company, Inc. d/b/a BBT Bank<br>Attn: Tenita Thomas<br>Deposit Compliance<br>5000 Fayetteville Road<br>Lumberton, NC 28358<br>Tracking #1ZA3747TNT95755993<br>Delivery status: Signed for by Maggie on Dec. 11, 2013 at 10:13 AM |
| First Citizens Bank and Trust Company, Inc., d/b/a First Citizens Bank<br>VOD Department<br>P.O. Box 27131<br>Raleigh, NC 27611-7131<br>Tracking #7012 1010 0000 2591 5882<br>Delivery status: Delivered December 16, 2013 at 9:43 AM | First Citizens Bank and Trust Company, Inc., d/b/a First Citizens Bank<br>VOD Department<br>4300 Six Forks Road<br>Raleigh, NC 27609<br>Tracking # 1ZA3747TNT98322409<br>Delivery status: Signed for by Johnson on Dec. 11, 2013 at 9:35 AM |

| Certified Mail Address | UPS Address |
|---|---|
| Domino Federal Credit Union<br>Attn: Stacie Hill<br>4702 South Lake Drive<br>Texarkana, TX 75501-9131<br>Tracking #7012 1010 0000 2591 5875<br>Delivery status: Delivered December 16, 2013 at 12:57 PM | Domino Federal Credit Union<br>Attn: Stacie Hill<br>4702 South Lake Drive<br>Texarkana, TX 75501-9131<br>Tracking # 1ZA3747TNT97273796<br>Delivery status: Received by "Customer Woman" Dec. 11, 2013 at 10:05 AM |

I further certify that on December 10, 2013, I caused true copies of the following documents concerning the assets of Joseph Almazon and Executive Source Holding LLC:

1) Order to Show Cause on Motion for Turnover Order as to Funds in Accounts of Defendant - Judgment Debtor Joseph Almazon, Individually and d/b/a Spartan Capital Partners and Spartan Holding LLC, and Relief Defendant - Judgment Debtor Executive Source Holding LLC;
2) Declaration of Karen E. Willenken in Support of Request for Issuance of Order to Show Cause on Motion for Turnover Order as to Funds in Accounts of Defendant - Judgment Debtor Joseph Almazon, Individually and d/b/a Spartan Capital Partners and Spartan Holding LLC, and Relief Defendant - Judgment Debtor Executive Source Holding LLC (Local Civil Rule 6.1(d));
3) Memorandum of Law in Support of Motion for Turnover Order as to Funds in Accounts of Defendant - Judgment Debtor Joseph Almazon, Individually and d/b/a Spartan Capital Partners and Spartan Holding LLC, and Relief Defendant - Judgment Debtor Executive Source Holding LLC; and
4) Declaration of Karen E. Willenken in Support of Motion for Turnover Order as to Funds in Accounts of Defendant - Judgment Debtor Joseph Almazon, Individually and d/b/a Spartan Capital Partners and Spartan Holding LLC, and Relief Defendant - Judgment Debtor Executive Source Holding LLC;

(collectively, the "Almazon Papers") to be served by United Parcel Service overnight and by certified mail on the following persons at the mailing addresses listed below:

| Certified Mail Address | UPS Address |
|---|---|
| Jonel Almazon<br>1145 Route 9D Box 98<br>Garrison, NY 10524<br>Tracking #7012 1010 0000 2591 5509<br>Delivery status: Available for pickup since Dec. 13, 2013 at 10:49 AM | Jonel Almazon<br>1145 Route 9D Box 98<br>Garrison, NY 10524<br>Tracking # 1ZA3747TNT95190745<br>Delivery status: Signed for by Robinson on Dec. 11, 2013 at 10:40 AM |

| Certified Mail Address | UPS Address |
|---|---|
| Scottrade, Inc.<br>Attn:  Krista M. Kirk<br>Legal Department<br>PO Box 31759<br>St. Louis, MO 63131<br>Tracking #7012 1010 0000 2591 5547<br>Delivery status:  Delivered Dec. 14, 2013, at 11:46 AM | Scottrade, Inc.<br>Attn:  Krista M. Kirk<br>Legal Department<br>700 Maryville Centre Dr.<br>St. Louis, MO 63141<br>Tracking # 1ZA3747TNT99565413<br>Delivery status:  Signed for by Keunzel on Dec. 11, 2013 at10:29 AM |

I further certify that on December 10, 2013, I caused true copies of both the Arnold Papers and the Almazon Papers to be served by United Parcel Service overnight and by certified mail on the following persons at the mailing addresses listed below:

| Certified Mail Address | UPS Address |
|---|---|
| Bank of America, N.A.<br>Levies & Attachment Dept. #21308<br>P.O. Box 54660<br>CA9-705-05-07<br>Los Angeles, CA 90054-0660<br>Tracking #7012 1010 0000 2591 5516<br>Delivery status:  Delivered Dec. 13, 2013, 1:20 PM | Bank of America, N.A.<br>Levies & Attachment Dept. #21308<br>1000 West Temple Street<br>Los Angeles, CA 90012<br>Tracking # 1ZA3747TNT98910185<br>Delivery status:  Signed for by Scott on Dec. 11, 2013 at 9:06 AM |
| JPMorgan Chase Bank, N.A.<br>Subpoena Compliance<br>One Chase Manhattan Plaza<br>26th Floor<br>New York, NY 10005<br>Tracking #7012 1010 0000 2591 5523<br>Delivery status:  Delivered Dec. 13, 2013, 10:16 AM | JPMorgan Chase Bank, N.A.<br>Subpoena Compliance<br>One Chase Manhattan Plaza<br>26th Floor<br>New York, NY 10005<br>Tracking # 1ZA3747TNT98670168<br>Delivery status:  Signed for by Lee on Dec. 11, 2013 at 9:52 AM |
| John R. Arnold<br>2031 NE 62nd Court<br>Fort Lauderdale, FL 33308<br>Tracking #7012 1010 0000 2591 5493<br>Delivery status:  Notice Left Dec. 14, 2013, 1:46 PM | John R. Arnold<br>2031 NE 62nd Court<br>Fort Lauderdale, FL 33308<br>Tracking # 1ZA3747TNT98659930<br>Delivery status:  Signed for by Arnold on Dec. 11, 2013 at  9:33 AM |
| Joseph Almazon<br>27 Grape Lane<br>Hicksville, NY 11801<br>Tracking #7012 1010 0000 2591 5486<br>Delivery status:  Available for Pickup since December 14, 2013 at 9:38 AM | Joseph Almazon<br>27 Grape Lane<br>Hicksville, NY 11801<br>Tracking # 1ZA3747TNT96953722<br>Delivery status:  left at front door Dec. 11, 2013 at 9:28 AM |

I further hereby certify that, on December 10, 2013, I caused true copies of both the Arnold Papers and the Almazon Papers to be served by Express Mail upon the following persons at their last known addresses:

> John Andrew Mattera
> Inmate #97650-004
> FPC Pensacola
> Federal Prison Camp
> PO Box 3949
> Pensacola, FL 32516
> Tracking #7012 1010 0000 2591 5554
> Delivered Dec. 16, 2013 at 8:21 AM

I further certify that on December 9, 2013, I caused true copies of both the Arnold Papers and the Almazon Papers to be served by electronic mail upon the following persons at these email addresses:

a. Lan T. Phan, through her counsel, David R. Chase, david@davidchaselaw.com;

b. Bradford Van Siclen, bradfordvansiclen@gmail.com;

c. David E. Howard II, david.e.howard@hotmail.com;

d. First American Service Transmittals – through its principal officer, John R. Arnold, johnnybfast@gmail.com;

e. Joseph Almazon, trade.scp@gmail.com;[1]

f. Jonel Almazon, jalmazon@yahoo.com;[2]

g. Spartan Capital Partners – through its manager, Joseph Almazon;

h. Ann A. Mattera, anamia2@bellsouth.net;

i. Praetorian G Power I, II, IV, V and VI – through their Managing Member, Bradford Van Siclen, bradfordvansiclen@gmail.com; and

j. The Praetorian Global Fund, Ltd. - through its Managing Director, Bradford Van Siclen, bradfordvansiclen@gmail.com.

                                                        __/s/ Karen Willenken_____
                                                          Karen E. Willenken

Dated: December 20, 2013

---

[1] Pursuant to an agreement between the parties for service by electronic mail, Almazon replied to the service email on December 11, 2013.

[2] Jonel Almazon provided this electronic mail address in a telephone call on December 6, 2013.