

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY ST., RM. 400
NEW YORK, NY 10281

October 19, 2015

**By ECF**

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    RE:  **SEC v. John A. Mattera, et al., 11 Civ. 8323 (PKC)**

Dear Judge Castel:

    The staff of the Securities and Exchange Commission ("SEC") writes to update the Court concerning its plans for final resolution of this matter.

    First, in March 2012, Mr. Van Siclen had consented to the entry of a judgment that deferred for later resolution the disgorgement, prejudgment interest and civil penalty to be imposed upon Mr. Van Siclen. In light of the orders of forfeiture and restitution recently imposed upon him in his parallel criminal case, however, the Commission believes that monetary relief is unnecessary. Accordingly, the Commission is filing today a dismissal of its claims against Mr. Van Siclen for disgorgement, prejudgment interest and civil penalties.

    Second, with the resolution of its claims against Mr. Van Siclen, the Commission believes that it has now recovered from all defendants and relief defendants all of the disgorgement, prejudgment interest and civil penalties that it can expect to receive in the near future, and it wishes to exercise its discretion to distribute those funds to injured investors. Within approximately two weeks, the Commission staff expects to file a motion in this case to have all funds it has collected, as well as certain funds being held in the Court Registry Investment System account for this matter, transferred to the parallel criminal action against John A. Mattera, to be included in the restitution fund for that case.

    Respectfully,

    *Karen Willenken*

    Karen E. Willenken

cc:    Bradford Van Siclen (by UPS and electronic mail)