Castel, K.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JOHN A. MATTERA, ET AL.,

*Defendants*,

- AND -

ANN A. MATTERA, ET AL.,

*Relief Defendants.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-20-15

11 Civ. 8323 (PKC)

ECF Case

## NOTICE OF DISMISSAL OF CLAIMS FOR DISGORGEMENT AND CIVIL MONEY PENALTY AGAINST BRADFORD VAN SICLEN

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission voluntarily dismisses its claims for disgorgement, prejudgment interest, and a civil money penalty against defendant Bradford Van Siclen in view of the criminal sanctions imposed against him in the parallel criminal case, *United States v Bradford Van Siclen*, 12-cr-00005 (PKC) (S.D.N.Y.).

Dated: New York, New York
October 19, 2015

**SO ORDERED:**

_/s/_
U.S.D.J.