TRULINCS 97650004 - MATTERA, JOHN - Unit: COL-C-C

---------------------------------------------------------------------------------------------------

FROM: Caputi, Steven
TO: 97650004
SUBJECT: "Fight of My Life!" Letter from John A. Mattera
DATE: 12/24/2017 04:36:10 PM

2018 JAN 10  AM 9: 04

December 24, 2017

To All Concerned,

I am in the fight of my life. Actually, it's two fights: The first is to free myself from this unlawful incarceration, and subsequently to disseminate the unbelievable truth out to the masses.
Below is the latest update:

On 12/11/2017 I filed the John Mattera v. Carl Schoeppl Esq. malpractice suit (Case No. 9:17-cv-81335-RLR Southern District of Florida - Fort Lauderdale Division) and my related Amended ineffective counsel (2255) claims in the 2nd Circuit in New York (John Mattera v. USA Case No's. 12-cr-127-RJS, 16-civ-783-RJS, 11-civ-8323-PKC and related case No. USA v. Bradford Van Siclen 12-cr-501-PKC).

I have written the New york Bar and copied them on the blatant, malpractice, fraud and lies perpetrated against me by Martin Kaplan, Managing Director of GKN in my 92-page, $2 billion dollar lawsuit against Gusrae Kaplan Nusbaum PLLC et al ("GKN"). Their original response to the Bar was to affirm that I was never a client. In a subsequent September 2017 letter from Kaplan, it was stated that I was in fact " now a client of his partner, Lawrence Nusbaum at their firm". This is not speculation or premise, but a matter of record. It is well past the time for the Bar to exonerate me  as going forward, the protection of the public from these scoundrels is of paramount importance both to me as well as future victims.

Also a matter of record is the trail of collusion and coercion of the US Attorney's Office in Manhattan, complicit with my defense counsel Carl Schoeppl, and my attorney's at GKN in two lawsuits. They actively participated together to perpetrate this fraud on me and my family. Please read the lawsuit and review Exhibit 19 in particular for details  via www.TheMatteraGroup.com.

The GKN case was filed on June 28th, 2017 in the 11th Circuit District Court, Fort Lauderdale Division (John Mattera v. Gusrae Kaplan et al / Case No. 0:17-cv-22406-KMW) and exposes how my own law firm  whom I retained to represent me in a securities derivative case - settled the claim without compensation to me, despite the legal fees I paid to them! Then, they did it again in the SEC inquiry to the hedge fund that I was financially backing.

I recently filed a second suit against GKN under Rule 60(b)(6) to set aside the settlement in the securities derivative case, as they lied to the court when it wasn't disclosed that they failed to include their paying client (me) in the settlement. This, despite the fact that they received almost half a million dollars in fees and settlements from the defendants.

The 2255 filing ties the GKN malpractice/fraud case with Carl Schoeppl's unwillingness and failure to conflict them out of the criminal case they manufactured against me (their own client), using the confidential and privileged attorney-client privileged information they obtained from me to represent Bradford van Siclen ("BVS") against me..

The lawsuit discloses all facets of the egregious behavior of all parties concerned, including the lengths to which this rogue branch of our government will stoop to gain a conviction - and illustrates the kind of pressure that they will exert on a defense counsel to bend and to comply with them.  With new evidence that has just come to light, they have been caught red-handed committing a litany of various and sundry ethical and judicial violations.

When the Amended Ineffective Counsel complaint is reviewed, the over 200 pages of exhibits is chock full of de facto evidence of what my investigators uncovered about the US Attorney's Office in Manhattan, including the illegal tactics used by a team of confidential informant operatives (CI's) under the control of a Washington-based attorney at the Department of Justice. They have stolen millions of dollars of investors' money all over the globe, under the auspices and guise of 'government protection' for the good of this country - when it's really all about lining their pockets personally.

The ineffective counsel claim is based on my actual innocence, and newly discovered information will throw out the money laundering conviction, thereby reducing the restitution by millions of dollars.  In fact, the inflated, manufactured figures (submitted three times by the prosecution) were never double checked by my incompetent and complicit counsel.  Additionally, information was withheld pertinent to my unintelligent signing of the plea, while I was severely coerced by counsel to sign after I repeatedly asked him to pull it. These Brady/Giglio and other violations were committed by both the prosecution and my own counsel, Carl Schoeppl. The evidence is clear and defined, and is now a matter of record.

TRULINCS 97650004 - MATTERA, JOHN - Unit: COL-C-C

---------------------------------------------------------------------------------------------------------

On August 24th, 2017, after filing eight motions, Judge Richard Sullivan granted an order to amend my original 2255 based on the new information and the claims, which was duly filed in November 2017.

Supplemental Information
My former attorney, Carl Schoeppl, had information (in the form of my wires to Gusrae Kaplan Nusbaum) about how GKN used confidential information in their representation of long-time, well-known confidential informant Bradford Van Siclen against me, their own client - yet Schoeppl failed to conflict them out of the criminal case. This allowed GKN to use confidential attorney client protected information to manufacture the case against me in favor of their other clients, more long-time, well known CI's, Patrick J. Lochrie and David Carruthers (all involved in the Saudi American Holdings Corp  SAHN - scam). Many more have now been exposed in the GKN claims and now in the Amended 2255 motion which proves my innocence, as they conspired with each other and the prosecution to manufacture evidence in order to execute the entrapment and the intentional withholding of exculpatory information which would have exonerated me.

Forbes has an article coming out on the truth of the Preet Bharara administration, and the tactics that got him an 86-0 record of successful prosecutions, many of which are in the process of being overturned as mine is. I can assure you that his flawless record was not a result of unfettered genius, but of absolute misuse of the power of his position and other related skullduggery.

Brad Van Siclen's vast array of scam companies (under the support and knowledge of the federal government) has been uncovered and linked with their latest scam prior to the fund. Namely the one I am incarcerated for, The Pratorian Global Fund, Ltd., in addition to the fake publicly traded company titled "Saudi American Holdings Corporation" (ticker SAHN), which is now defunct.

I recently received an email from a UK-based investor in SAHN who is working with The Mattera Group, guiding us to The Fraud Unit of the City of London Police Department as they are working on the case with SAHN investors from the UK. I purchased 11 million shares from them prior to Van Siclen and friends pitching me to back them in their next 'real-deal-turned-scam' of "The Praetorian Global Fund, Ltd.", (TPGF).

IMPORTANT: My claims are backed up in writing, whereas the CI's are working to "spin it [TPGF scam] and blame it on John [Mattera] LOL", to quote one of their texts to BVS from his best friend Anthony Digiovanni Jr., a barred for life broker whom he had me pay illegal commissions for selling shares in a fully licensed BVI hedge fund. KPMG and OGIER handled my accounting and the legal aspects of my stock purchases as directed and paid for me. In other words, I never set up a scam, only BVS' and associates and the government knew this all along. I just recently discovered this information withheld from me about BVS and Patrick J. Lochrie working with the feds. My former attorney Schoeppl has done nothing to rectify the situation except say he is not guilty of any wrong doings.

I will keep you all informed - the press has picked up my story, including the TCI Sun in the Turks and Caicos, where the TPGF management company was located as was John G. Hartley, co-manager of TPGF and long-time friend and scamster of BVS. They even discussed getting my wife on the books - as a message states from him to BVS stating that "when this (TPGF) fails, John (Mattera) will leave us high and dry as he knows nothing of this so we need to get an insurance policy to make sure he continues to pay our bills."

Be that as it may, the most egregious taking of investor money came from another unlicensed broker. Elizabeth Evans and Stone Soup Capital, Inc. of South Dakota, who was working for BVS and TPGF (one of many unlicensed brokers), was paid almost a million dollars. I was instructed by BVS to pay 10% fees on all transactions. She single-handedly met with investors and persuaded them to invest in two LLC's, Praefectus Capital LLC and Verde Capital LLC, a meeting that took place in her home in Sioux Falls South Dakota. They signed subscription documents and wired the money into her bank accounts at Citibank. She then made the investments on behalf of the LLC's that she was unlicensed to accept in the first place.

Ms. Evans has since been delivered a certified demand by me in July 2017 to repay this illegal fee money and the entire amounts as she is in violation of the SEC Act and needs to be charged with securities fraud, wire fraud, conspiracy to commit securities fraud and civil theft. There are regulatory complaints being filed this month along with a treble damages lawsuit in the State of Florida. I was set up to be responsible for her swindles, and I am making sure that the investors are made whole, and then myself afterwards.

It is also a matter of record that she and BVS have known each other for many years, participating together to work investors over the coals just as they worked over the likes of R.D. Hubbard, Al Angelo, Robert Masterson, Jerry Bayles, and Dan Meadows - not just in TPGF but in other companies too (my money was taken as well). She made investments (unlicensed) in other already failed companies such as N-Torus Technologies, Inc. (AZ) under the control of Aaron Martens, and swindled

TRULINCS  97650004 - MATTERA, JOHN - Unit: COL-C-C

-------------------------------------------------------------------------------------------------

Todd Stottlemyre of the Toronto Blue Jay's (Mel Stottlemyre's son from the NY Yankee's).  She did the same thing to Amylex Corp (CA) under the control of Mike Haggerty of Scottsdale. Both companies are now bankrupt as are SAHN and its many predecessor companies from the early 2000's.

  I will keep you all updated on my efforts, motions and discoveries, and The Mattera Group will update you independently of me via my family and friends who are all working hard to free me via the truth.

  I can be contacted directly on Corrlinks.com.  If you have any information or want to guide to us or any of the investors in TPGF or SAHN (to assist us in exposing the truth, recoup our financial losses and my liberty), please do so.

  Go to www.TheMatteraGroup.com to view and participate in the many filings and complaints being filed in many jurisdictions, or email them at info@thematteragroup.com with your questions or comments. You will get a personal response.

  We're also on twitter @thematteragroup which is updated frequently.  I'll be seeing you all again very, very soon!

Sincerely,

John A. Mattera

[NOTE from TheMatteraGroup.com. This webite is managed and operated by the family, friends and supporters of John A. Mattera - to make sure the truth sets him free.  John is committed to proving every one of his allegations true - the American way - via due process in a court of law.  Until the courts reach a decision, however, John believes that it is up to you to decide for yourself what is real.  This site will keep you updated on his progress and of all pertinent litigation in process as well. Feel free to contact us for further information.]

